August 31, 2006

Mr. W. Andrew Messer
6947 Main Street
Frisco, TX 75034
Mr. Henry E. Steck
Harrison Steck Hoover & Drake, P.C.
512 Main Street, Suite 1100
Fort Worth, TX 76102

RE: Case Number: 04-0984
 Court of Appeals Number: 05-03-01460-CV
 Trial Court Number: 02-4771-L

Style: CITY OF IRVING
 v.
 INFORM CONSTRUCTION, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. Pursuant to Texas Rule
of Appellate Procedure 59.1, after granting the petition for review and
without hearing oral argument, the Court reverses the court of appeals'
judgment and remands the case to the trial court.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lisa Matz|
| | |
| |Mr. Jim |
| |Hamlin |